**Order entered November 26, 2018**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-00422-CR

**ARACELY MEZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-00230-U**

## ORDER

Before the Court is court reporter Sasha Brooks's November 19, 2018 third request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed on or before **December 10, 2018**.

We caution Ms. Brooks that the failure to file the record by that time may result in the Court taking whatever remedies it has available to ensure this appeal proceeds in a timely fashion, including abating the appeal for a hearing or ordering that Ms. Brooks not sit until the record is filed.

/s/  LANA MYERS
    JUSTICE